No. 97–8438. DAVENPORT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8439. DAMM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8440. FINCK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8441. HARDEMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8443. HEBERT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8445. GANGLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8448. McCOWAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–8449. MAASS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8454. LACY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8459. SALLAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8474. REED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–8481. ATKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8483. WYNN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–8487. QUEEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8488. MALLETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8491. LATOUF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.